# United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

IN RE:  Michael Moses ) Chapter 13
 ) Case No. 19 B 15040
Debtor(s) ) Judge A. Benjamin Goldgar

## Notice of Motion

Michael Moses
7517 S Rhodes Ave
2nd Floor
Chicago, IL  60619

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

On October 22, 2019 at 10:00 am, I will appear at the location listed to the right, and present this motion.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, September 24, 2019.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On May 24, 2019, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on August 27, 2019, for a term of 36 months with payments of $350.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 4 | $1,400.00 | $700.00 | $700.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 09/23/2019
Due Each Month: $350.00
Next Pymt Due: 09/23/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 06/03/2019 | 700621 | $350.00 | 08/19/2019 | 706985 | $350.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE