# United States Bankruptcy Court

**Northern District of Illinois, Eastern Division**

| | | | |
|---|---|---|---|
| IN RE: | Michael Moses | ) | Chapter 13 |
| | | ) | Case No. 19 B 15040 |
| | Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Michael Moses
7517 S Rhodes Ave
2nd Floor
Chicago, IL  60619

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On March 10, 2020 at 10:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, February 19, 2020.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On May 24, 2019, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on August 27, 2019, for a term of 36 months with payments of $350.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 9 | $2,800.00 | $1,750.00 | $1,050.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 02/18/2020
Due Each Month: $350.00
Next Pymt Due: 02/23/2020

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 06/03/2019 | 700621 | $350.00 | 08/19/2019 | 706985 | $350.00 |
| 10/18/2019 | 711467 | $350.00 | 10/31/2019 | 17907003024 | $350.00 |
| 12/13/2019 | 715370 | $350.00 | | | |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE